# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUIROGA CARRERO, *an individual and class representative on behalf of herself and all other similarly situated non-exempt former and current employees*,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC, *a Delaware Limited Liability Company*, et al.,<br><br>Defendants. | Case No. 1:24-cv-01077-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE TO JANUARY 28, 2025<br><br>(ECF No. 30) |

This matter is set for an initial scheduling conference on December 17, 2024. (ECF No. 29.) In the joint scheduling report, the parties have indicated that they are in the final stages of a possible settlement and request for a brief continuance of the initial scheduling conference. (ECF No. 30.) Accordingly, the Court hereby ORDERS that the initial scheduling conference is CONTINUED to January 28, 2025, at 1:00 p.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:  **December 11, 2024**

STANLEY A. BOONE
United States Magistrate Judge