# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUIROGA CARRERO,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE MANAGEMENT COMPANY LLC,<br><br>Defendant. | Case No. 1:24-cv-01077-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE JOINT SCHEDULING REPORT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO MARCH 11, 2025<br><br>**JANUARY 29, 2025 DEADLINE** |

The scheduling conference was originally set in this matter for December 17, 2024. (ECF No. 29.) On December 10, 2024, the parties timely filed a joint statement explaining that the parties were actively engaged in settlement discussions. (ECF No. 30.) The parties proffered that if the cases were not settled, they anticipated filing a stipulation to consolidate the action with the related matter. The parties therefore requested that the Court continue the scheduling conference to mid-January. Pursuant to the parties' request, the Court continued the scheduling conference to January 28, 2025 and ordered that the parties file a joint scheduling report one week prior to the scheduling conference, or no later than January 21, 2025. (ECF No. 31.) The parties failed to file a joint report by the deadline.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require the parties to show cause why monetary sanctions should not issue for the failure to file a joint report in compliance with the Court's December 11, 2024 order. The Court shall also continue the mandatory scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing no later than **January 29, 2025** why monetary sanctions should not issue for the failure to file a joint scheduling report as required by the December 11, 2024 order (ECF No. 31). <u>The parties are advised that filing a joint scheduling report without showing cause in writing why sanctions should not issue is an insufficient response to this order</u>; and

2. The initial scheduling conference is CONTINUED to **March 11, 2025** at **9:30 a.m.**, **in Courtroom 9** and the parties shall file a joint scheduling report at least **seven (7) days** prior to the scheduling conference; and

3. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:  **January 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2