# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUIROGA CARRERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERSTATE MANAGEMENT COMPANY LLC,<br><br>　　　　Defendant. | Case No. 1:24-cv-01077-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>REQUIRING PARTIES TO FILE A NOTICE OF SETTLEMENT IN THE RELATED ACTION<br><br>(ECF No. 32, 33) |

On January 22, 2025, the Court ordered that the parties to show cause why monetary sanctions should not issue for the failure to file a joint report in compliance with order setting the mandatory scheduling conference. (ECF No. 32.) On this same date, the parties filed a joint notice of settlement and declaration. (ECF No. 33.) Therein, the parties proffer they did not file a joint scheduling report because they have reached a global settlement and resolution of all claims in this matter and the related matter of Navarrete, et al v. Interstate Management Company, LLC, Case No. 1:22-CV-01402-JLT-SAB. The Court notes the parties have not filed a notice of settlement in the related action.

While the parties' failure to timely inform the Court that the case settled is not justified, the Court will discharge the order to show cause. The Court will grant the parties' request for a

1

sixty (60) day deadline to file dispositive documents.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The parties shall file a notice of settlement in the related action (Case No. 1:22-CV-01402-JLT-SAB);

2. The January 21, 2025 order to show cause (ECF No. 32) is DISCHARGED;

3. All pending matters and dates, including the scheduling conference set for March 11, 2025, are VACATED; and

4. The parties shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **January 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2