# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUIROGA CARRERO, *on behalf of herself and all other similarly situated non-exempt former and current employees*,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE MANAGEMENT COMPANY LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01077-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>**DEADLINE: MARCH 31, 2025** |

On January 22, 2025, Plaintiff filed a notice of settlement of this action. (ECF No. 33.) On January 23, 2025, the Court issued an order setting the deadline to file dispositional documents by March 24, 2025. (ECF No. 34.) The deadline to file dispositional documents has now expired, and the parties have failed to file such documents nor requested an extension of time from the Court.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's January 23, 2025 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than March 31, 2025**, why sanctions should not issue for the failure to file dispositional documents by the deadline required in the January 23, 2025 order (ECF No. 34). **The parties are advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **March 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2